Same case below, 408 Fed. Appx. 990.

**No. 11-5109. Noah Moore, Jr., Petitioner v. United States.**

565 U.S. 890, 132 S. Ct. 269, 181 L. Ed. 2d 159, 2011 U.S. LEXIS 5222.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 416 Fed. Appx. 454.

**No. 11-5110. Raymond Canty, Petitioner v. United States.**

565 U.S. 890, 132 S. Ct. 269, 181 L. Ed. 2d 159, 2011 U.S. LEXIS 5226.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 421 Fed. Appx. 541.

**No. 11-5111. Carlos Joel Diaz, Petitioner v. United States.**

565 U.S. 890, 132 S. Ct. 270, 181 L. Ed. 2d 159, 2011 U.S. LEXIS 5803.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 637 F.3d 592.

**No. 11-5112. Joseph Emanuel, Petitioner v. United States.**

565 U.S. 890, 132 S. Ct. 270, 181 L. Ed. 2d 159, 2011 U.S. LEXIS 5371.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 422 Fed. Appx. 760.

**No. 11-5114. Larry McKinney, Petitioner v. Florida Department of Corrections, et al.**

565 U.S. 890, 132 S. Ct. 270, 181 L. Ed. 2d 159, 2011 U.S. LEXIS 5777.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5115. Gregg Moore, Petitioner v. Illinois.**

565 U.S. 890, 132 S. Ct. 270, 181 L. Ed. 2d 159, 2011 U.S. LEXIS 5787,

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 405 Ill. App. 3d 1201, 375 Ill. Dec. 699, 997 N.E.2d 1010.

**No. 11-5116. Jabbar Latino Stroud, Petitioner v. Derral G. Adams, Warden, et al.**

565 U.S. 890, 132 S. Ct. 270, 181 L. Ed. 2d 159, 2011 U.S. LEXIS 5276.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 417 Fed. Appx. 632.

**No. 11-5117. Siddiqquii Aabdul Sadah Mohhommed, Petitioner v. Natasha Amison, et al.**

565 U.S. 890, 132 S. Ct. 270, 181 L. Ed. 2d 159, 2011 U.S. LEXIS 5764.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.